# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

V.S.                                              **CRIMINAL ACTION NUMBER: 3:10CR-24-S**

**JULIO A. VALENTIN**                                                            **DEFENDANT**

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY IN FELONY CASE

This matter has been referred to Magistrate Judge Dave Whalin by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11.  The proceedings were interpreted by Roberto Hernandez, Certified Court Interpreter, and reported by Alan Wernecke, Official Court Reporter.

The Defendant, by consent and with Patrick Bouldin, Assistant Federal Defender, appeared before me on July 19, 2010, and entered pleas of guilty as to Counts 1 and 2 of the Indictment pursuant to a Rule 11 (c)(1)(B) plea agreement.  In addition, the defendant agreed, through counsel, to the notice of forfeiture set forth in the Indictment.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowledgeable and voluntary as to Counts 1 and 2 of the Indictment, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses.  I therefore recommend that the pleas

of guilty be accepted, and that the Defendant be adjudged guilty and have a sentence imposed accordingly. The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to F.R.C.P. 72(b), or waive the opportunity to do so.

**IT IS FURTHER ORDERED** that the defendant is remanded to the custody of the United States Marshal Service pending his appearance at sentencing before the District Court.

July 20, 2010

**Dave Whalin, Magistrate Judge**
**United States District Court**

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

20