UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                        PLAINTIFF

VS.                                                        CRIMINAL ACTION NO.   3:10CR-24-CRS

JULIO A. VALENTIN                                                               DEFENDANT

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the pleas of guilty by the Defendant to Counts 1 and 2 of the Indictment are hereby accepted, and the Defendant is adjudged guilty of such offenses.

Sentencing is set on **OCTOBER 13, 2010 at 1:15 p.m**. before the undersigned.

**IT IS SO ORDERED THIS**

Copies to:
United States Attorney
United States Marshal
Chief U.S. Probation Officer
Counsel for Defendant